IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JORGE MARTINEZ LOPEZ, | § |
| Petitioner, | § §  § |
| v. | § §  CAUSE NO. EP-25-CV-668-KC |
| KRISTI NOEM et al., | § § § |
| Respondents. | § |

**FINAL JUDGMENT**

On this day, the Court considered the case. On December 22, 2025, the Court granted in part Jorge Martinez Lopez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Dec. 22, 2025, Order 2–3, ECF No. 4. Respondents have now informed the Court that, on December 31, an Immigration Judge ("IJ") ordered Martinez Lopez to be released from custody on bond. Advisory 1, ECF No. 5. But, as of December 31, 2025, Martinez Lopez had not posted bond and remained in custody. *Id.*

It appears that the only remaining matter to be resolved in this case is Martinez Lopez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 17, ECF No. 1; *see generally* Dec. 22, 2025, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

SIGNED this 8th day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE